UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Search Warrant for | : Magistrate No.: 07-377-M-01 |
| 2003 Ford, | : |
| VIN# | : |
| | : FILED UNDER SEAL |

**FILED SEP 07 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

<u>ORDER</u>

This matter comes before the Court upon the government's Motion to Seal the Motion to Unseal search warrant and memorandum in support thereof in the above-captioned case. For the reasons stated therein, it is this 7th day of Sept 2007,

ORDERED that the government's Motion Seal the Motion to Unseal is granted and Motion to Unseal the search warrant, affidavit, and other documents relating to the above-captioned case shall be filed under sealed until further Order of the Court.

UNITED STATES MAGISTRATE JUDGE

Copy to:

Virginia Cheatham
United States Attorney's Office
District of Columbia
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530